732

Shelby Snowden, movant, v. Eugene McMAIN, opposed.

Court of Appeals of Kentucky.

May 5, 1950.

Shumate & Shumate and R. Russell Grant for movant.

Carl Eversole for opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.